165 So. 923

## Gussie TEAGUE v. STATE.
### 8 Div. 223.

Court of Appeals of Alabama.
Feb. 11, 1936.

RICE, Judge.
Affirmed.

169 So. 914

## Mary TEAGUE v. STATE.
### 8 Div. 333.

Court of Appeals of Alabama.
May 26, 1936.

RICE, Judge.
Affirmed.

175 So. 928

## Robert TEAGUE v. STATE.
### 7 Div. 266.

Court of Appeals of Alabama.
June 8, 1937.

RICE, Judge.
Appeal dismissed.

164 So. 926

## Alvin TEAL v. STATE.
### 4 Div. 169.

Court of Appeals of Alabama.
Nov. 12, 1935.

RICE, Judge.
Affirmed.

169 So. 914

## Walt TEMPLE, alias Walter Templeton, v. STATE.
### 8 Div. 380.

Court of Appeals of Alabama.
Oct. 6, 1936.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.

169 So. 914

## Howard TERRELL v. STATE.
### 7 Div. 248.

Court of Appeals of Alabama.
June 15, 1936.

PER CURIAM.
Appeal dismissed on motion of appellant.

174 So. 906

## Marvin TERRY v. STATE.
### 8 Div. 512.

Court of Appeals of Alabama.
April 20, 1937.

RICE, Judge.
Appeal dismissed on motion of appellant.

174 So. 906

## Marvin TERRY v. STATE.
### 8 Div. 513.

Court of Appeals of Alabama.
April 20, 1937.

BRICKEN, Presiding Judge.
Appeal dismissed on motion of appellant.